NORTH, Respondent, v. TAYLOR et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Ac-

tion by Julius B. North, as trustee, etc., against Delbert A. Taylor and another.

PER CURIAM. Order (70 N. Y. Supp. 339) modified, so as to read as follows: "So much of the judgment as entitles the plaintiff to recover the sum of $570 against the defendant Elizabeth Fish, and so much thereof as entitles the plaintiff to recover $1,141.50 against the defendants Cora A. Taylor and Howland Fish, reversed on the law and facts, with costs of this appeal, and without costs in the court below, and such judgment in all other respects is unanimously affirmed, with costs."